UNITED STATES OF AMERICA          §
                                  §
*versus*                          §     CRIMINAL ACTION NO. 4:12-CR-98
                                  §
RONNIE DERRYL LEWIS (1)           §

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636. On October 16, 2013, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendation that the Defendant's Third Motion to Dismiss Indictment for Lack of Venue (Dkt. #146) should be denied.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court. It is accordingly

**ORDERED** that the Defendant's Third Motion to Dismiss Indictment for Lack of Venue (Dkt. #146) is **DENIED.**

SIGNED at Sherman, Texas, this 4th day of November, 2013.

*Marcia A. Crone*
_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE